UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00272-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ISAAC CABELLO-IBARRA,
    a/k/a "Pacas",
2. FELIPE RODRIGUEZ-ROJAS,
    a/k/a Angel Lopez-Ruiz,
    a/k/a Felipe Rojas-Guzman,
    a/k/a "Pitufo",
**3. JOSE GAMEROS-PEREZ,**
    **a/k/a Ivan Diaz-Guzman,**
    **a/k/a "Simon",**
4. CLAUDIA RAQUEL ESPARZA-IBARRA,
    a/k/a "Raquel",
5. JOSE LUIS YANEZ-MARTINEZ,
    a/k/a "Cala",

    Defendants.

**ORDER AND NOTICE OF CHANGE OF PLEA HEARING**

THIS MATTER comes before the Court following the filing of a Notice of Disposition on January 12, 2006 by Defendant Jose Gameros-Perz. The Court construes this Notice as a motion to change his/her plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1.  Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2.  A Change of Plea hearing is set for **February 21, 2006 at 9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 17th day of January, 2006.

                              **BY THE COURT:**

                              *Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge